UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DARLA W.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 6:25-cv-00849-HZ |
| v. | ) |
| | ) |
| **FRANK BISIGNANO,** | ) ORDER |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER

AND NOW, this __25__ day of ___February___ 2026, having considered Plaintiff's unopposed Motion for Attorney's Fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $8,529.18. Subject to any offset

Order                                                                                                       No. 6:25-cv-00849-HZ

under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC.  If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol, Esquire.  All payments in accordance with this order should be submitted via electronic funds transfer (EFT) and directed to the care of Plaintiff's attorney.

        BY THE COURT:

        _____
        MARCO A. HERNANDEZ
        SENIOR UNITED STATES DISTRICT JUDGE

**Order**                                 **No. 6:25-cv-00849-HZ**